Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KERWIN LOQUIO, AN INDIVIDUAL

Plaintiff.
vs

C. & F. FISHING, LTD., in personam, and F/V DIANA, her engines, tackle, apparel, furniture, and appurtenances, in rem; DOES 1-10,

Defendants

**FILED**
SEP - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1616 IEG POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

The Law Office of John S. Lopez
John S. Lopez, Esq.
290 Landis Ave., Suite C
Chula Vista, CA 91910

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.            SEP - 3 2008
CLERK                                              DATE
K. HAMMERLY

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

